■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS JAMES, Appellant.—Appeal by the defendant, as limited by his motion, from an amended sentence of the Supreme Court, Kings County (Egitto, J.), imposed February 13, 1986.

Ordered that the amended sentence is affirmed and the matter is remitted to the Supreme Court, Kings County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Mollen, P. J., Bracken, Brown and Niehoff, JJ., concur.